804

No. 5. ARISTEGUIETA v. FIRST NATIONAL CITY BANK OF NEW YORK ET AL. Certiorari, 365 U. S. 840, to the United States Court of Appeals for the Fifth Circuit; and

No. 43. ARISTEGUIETA v. FIRST NATIONAL CITY BANK OF NEW YORK ET AL. Certiorari, 365 U. S. 840, to the United States Court of Appeals for the Second Circuit. Oral argument postponed. Reported below: 274 F. 2d 206; 287 F. 2d 219.

No. 6. BAKER ET AL. v. CARR ET AL. Appeal from the United States District Court for the Middle District of Tennessee. (Probable jurisdiction noted, 364 U. S. 898.) The motions of J. Howard Edmondson, Governor of Oklahoma, and August Scholle for leave to file briefs, as amici curiae, are granted. The motion of J. P. Harris et al. for leave to file brief, as amici curiae, is denied. J. Howard Edmondson pro se and Norman E. Reynolds on the Governor's motion. Theodore Sachs on the motion for August Scholle.

No. 48. STILL v. NORFOLK & WESTERN RAILWAY Co. Certiorari, 365 U. S. 877, to the Supreme Court of Appeals of West Virginia. The motion of the Brotherhood of Railroad Trainmen for leave to file brief, as amicus curiae, is granted. John J. Naughton on the motion.

No. 11. LIVERIGHT v. UNITED STATES. Certiorari, 366 U. S. 960, to the United States Court of Appeals for the District of Columbia Circuit. The motion of petitioner to dispense with printing the record is granted. Harry I. Rand for petitioner.